# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **NICKEY LANDOR** | : | **DOCKET NO. 2:01-cv-2504**<br>Section P |
| **VS.** | : | **JUDGE TRIMBLE** |
| **LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## ORDER SETTING EVIDENTIARY HEARING

Currently before the court is a "Motion for Evidentiary Hearing and Extension to Prepare for Trial" [doc. 99] and a "Motion for Court to Give Plaintiff Procedural Instruction" [doc. 102] filed by *pro se* plaintiff, Nickey Landor.

By these motions, the plaintiff seeks to have the court set an evidentiary hearing in this matter provide him with adequate time to prepare for it, and provide him with instructions regarding the procedures employed at such hearings.

Having considered this motion, it is

**ORDERED** that the motions be **GRANTED**.

**IT IS FURTHER ORDERED** that an evidentiary hearing be held in this action before the undersigned Magistrate Judge at the Edwin F. Hunter Federal Courthouse, 611 Broad Street Courtroom 3, Lake Charles, Louisiana, on **Thursday September 7, 2006** at 10:00 A.M.. This hearing will be a complete hearing of all witnesses and evidence to be presented by all parties of record. Following this hearing, the undersigned will make findings of fact, including credibility determinations, and issue a report and recommendation on the merits of the plaintiff's claim pursuant to 28 U.S.C. §636(b)(1)(B).

**IT IS FURTHER ORDERED** that in lieu of participating in a formal pretrial conference in this case, the plaintiff and the defendants shall file with the Clerk of Court in Shreveport,

Louisiana, and send copies to each other, and to me, personally,[1] no later than August 31, 2006 a pretrial memorandum which shall be prepared by filling out the forms for a pretrial memorandum which are hereby **ORDERED** to be attached to the service copies of this Order. If the attached forms do not have enough space for all information a party wishes to submit, then the party shall attach additional pages.

Each exhibit listed in the memorandums shall be described sufficiently so that it can be identified as the listed item at the time of the evidentiary hearing. Copies of all exhibits that are capable of being reproduced by Xerox or similar copying machine shall be provided by each party to his opponent or his opponent's attorney no later than August 24, 2006. If the authenticity of any such exhibit is disputed, a list of the disputed exhibits, and the reason for the dispute, shall be stated as a part of the pretrial memorandum that is due on August 31, 2006.

**IT IS FURTHER ORDERED** that my usual notice of procedures for the evidentiary hearing, including the usual two-page attachment, be appended to the service copies of this Order. The plaintiff should take special notice of the attachment which sets out the procedures for subpoenaing witnesses or otherwise obtaining their attendance at the trial, and he should begin at the earliest possible date to take whatever steps are necessary to assure the attendance of their witnesses. If either the one-page notice or the two-page attachment are not received by the plaintiff, he must notify me immediately.

**IT IS FURTHER ORDERED** that the Clerk of Court of the United States District Court make arrangements for the presence of a court reporter at the evidentiary hearing.

**THUS DONE AND SIGNED** in Chambers at Lake Charles, Louisiana, this 12th day of June, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Addressed to 611 Broad Street Suite 209, Lake Charles, Louisiana, 70601.